# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TOMMIE SEYMORE,

        Petitioner,                       Case Number: 07-15166

v.                                      Honorable George Caram Steeh

MILLICENT WARREN,

        Respondent.
_____/

## ORDER GRANTING PETITIONER'S
## MOTION TO SUPPLEMENT AND AMEND BRIEF IN SUPPORT OF
## WRIT OF HABEAS CORPUS PETITION

Petitioner, Tommie Seymore, a state inmate currently incarcerated at the Thumb Correctional Facility in Lapeer, Michigan, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, asserting that he is being held in violation of his constitutional rights. Petitioner filed the pending petition on December 6, 2007. The Court ordered Respondent to file a response to the petition by June 11, 2008. Now before the Court is Petitioner's motion to supplement and amend his brief in support of his writ of habeas corpus petition, filed on March 6, 2008. Petitioner requests that the Court permit him to supplement and amend his petition to add his ineffective assistance of counsel claim, which has been exhausted in the state courts.

Federal Rule of Civil Procedure 15 permits a party to amend a pleading before a responsive pleading is filed. Fed. R. Civ. P. 15. Respondent's response is not due until June 11, 2008. Because Petitioner filed this motion prior to Respondent filing an answer to his petition,

this Court will permit Petitioner to amend his brief and shall deem filed the attached brief as an amendment to his brief.

Accordingly, the Court **GRANTS** Petitioner's motion to supplement and amend his brief in support of his writ of habeas corpus petition and deems filed the attached brief as an amendment to his petition for writ of habeas corpus.

Dated: April 3, 2008

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 3, 2008, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk