UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMMIE SEYMORE,

        Petitioner,

                              Case No. 07-CV-15166
vs.                            HON. GEORGE CARAM STEEH

MILLICENT WARREN,

        Respondent.
_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Petitioner Tommie Seymore filed an appeal in the above-captioned case. This Court may issue a certificate of appealability if the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). This Court finds that petitioner has not made a substantial showing of the denial of a federal right. Therefore, the Court hereby finds that a certificate of appealability is not warranted.

SO ORDERED.

Dated: December 2, 2009

                                          S/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
December 2, 2009, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk